IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

In re: Chelsea Lynne Potter

Debtor

Case No. 19-60216-lkg

Chapter 7

Judge Laura K. Grandy

### CERTIFICATION OF CHELSEA LYNNE POTTER

1. I, Chelsea Lynne Potter, am an adult of sound mind, and I am competent to give this certification.

2. I am aware that the United States Trustee wants to examine me about issues relating to the fees I paid to Upright Law.

3. I object to the examination.

4. I simply want to get on with my life.

5. Every time the United States Trustee files something in this case, I suffer from anxiety and wonder when this will all end.

6. My daughter recently had surgery to remove her tonsils and adenoids. This motion came to me while I was trying to deal with a sick child.

7. I am getting married next May and working on my wedding plans. The motion filed by the United States Trustee is inconvenient and disturbing my life.

8. I just want my bankruptcy over and done with.

9. I do not want to be questioned again by Counsel for the United States Trustee because this will disturb my life.

10. I know I paid more for my bankruptcy than what the other people testified to paying during our 341 hearings on the day I testified.

11. I paid $1,675.00 in attorney fees and $335.00 in court fees to Upright Law to file my bankruptcy; but it was my choice to pay those fees and I still do not object to the amount I paid to Upright Law.

12. I did not call around for prices and this was also my choice.

13. I do not see how anything I can say at an examination is important to my bankruptcy.

14. I have no complaints with my representation or the fees charged and I simply want this done with.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2019.

*Chelsea Potter*

Chelsea Lynne Potter