# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Chelsea Lynne Potter

    Debtor(s)

In Proceedings
Under Chapter 7

BK 19−60216−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−5123

## ORDER ALLOWING RULE 2004(a) EXAMINATION

    This matter is before the Court pursuant to a Motion Requesting Examination of a non−debtor (document #25). It appearing that Bankruptcy Rule 2004(a) unequivocally grants any party in interest the right to conduct such an examination;

    **IT IS ORDERED** that the movant(s) may conduct such an examination in accordance with Rules 2004 and 9016 of the Federal Rules of Bankruptcy Procedure.

ENTERED: November 5, 2019          /s/ Laura K. Grandy
                                                                    UNITED STATES BANKRUPTCY JUDGE