# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: Chelsea L. Potter, | Case No. 19-60216 |
| | Chapter No. 7 |
| Debtor | Judge Laura K. Grandy |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Charles A. Armgardt hereby files this notice of appearance and request for notice as counsel for Eric Homa and Deighan Law LLC d/b/a UpRight Law LLC.

DATED: April 6, 2020

Respectfully submitted,

/s/*Charles A. Armgardt*
Charles A. Armgardt
Illinois Bar No 6328149
UpRight Law LLC
Of Counsel
79 W Monroe St, 5th Floor
Chicago, IL 60603
(P) (877) 927-5451
carmgardt@uprightlaw.com
Counsel for Eric Homa, and Deighan Law LLC d/b/a UpRight Law LLC

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served upon all counsel of record via CM/ECF filing system and to the debtor listed below via regular first-class mail, proper prepaid postage and deposited at a U.S. Mailbox on or about April 6, 2020:

Chelsea L. Potter
201 W Market St
Shumway, IL 62461

/s/*Charles A.  Armgardt*
Charles A. Armgardt