# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS
## BENTON DIVISION

| | | |
|---|---|---|
| In re: | ) | |
|     Chelsea L. Potter, | ) | Case No.: 19-60216 |
| | ) | |
|     Debtor. | ) | Chapter 7 |

## NOTICE OF MOTION BY UPRIGHT LAW TO CLOSE CASE

**PLEASE TAKE NOTICE** that on July 16, 2020, Deighan Law LLC, doing business in the State of Illinois as UpRight Law LLC ("UpRight Law"), filed a *Motion by UpRight Law to Close Case* (the "Motion") in which it seeks an order discharging the Chapter 7 Trustee and closing this bankruptcy case. A copy of the Motion was, or is being, served on you via electronic means through the Court's CM/ECF system or via U.S. Mail.

Any and all objections to the Motion must be filed electronically on or before **July 30, 2020** with the United States Bankruptcy Court for the Southern District of Illinois. Objections must set forth the legal and factual bases therefor.

In the event no objections are filed, the Court will enter an Order granting the Motion. If objections are timely filed and served, the Court will conduct a hearing on **Wednesday, August 12, 2020, at 9:00 a.m. in the United States Bankruptcy Court for the Southern District of Illinois, Federal Courthouse, 301 West Main Street, Benton, Illinois 62812**. The hearing will be conducted *telephonically* in accordance with the procedures set forth on the Court's website.

Date:  July 16, 2020                                                          Respectfully submitted,

                                                                                          */s/ Charles A. Armgardt*
                                                                                          Charles A. Armgardt
                                                                                          DEIGHAN LAW LLC
                                                                                          79 W. Monroe St., 5th Floor
                                                                                          Chicago, Illinois 60603
                                                                                          carmgardt@uprightlaw.com

                                                                                          *Counsel for Deighan Law LLC*
                                                                                         *d/b/a UpRight Law LLC and*
                                                                                         *Eric Homa*

**Certificate of Service**

I, the undersigned attorney, hereby certify that on July 16, 2020, I filed the foregoing *Notice of Motion by UpRight Law to Close Case* through the Court's CM/ECF system, which will effectuate service upon all parties registered to receive service by electronic means.

In addition, on or around July 16, 2020, I served the forgoing *Notice of Motion by UpRight Law to Close Case* upon the following individual(s) via first-class U.S. Mail, postage pre-paid, addressed as follows:

Chelsea L. Potter
21741 E 100th Ave
Dieterich, IL 62424

       /s/ Charles A. Armgardt
Charles A. Armgardt
DEIGHAN LAW LLC
79 W. Monroe St., 10th Floor
Chicago, Illinois 60603
carmgardt@uprightlaw.com

*Counsel for Deighan Law LLC
d/b/a UpRight Law LLC and
Eric Homa*