# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF ILLINOIS

---

|  |  |
|---|---|
| In re: Chelsea Lynne Potter<br>　　　　Debtor(s) | Bankruptcy Proceeding No. 19–60216–lkg<br>Chapter No.: 7<br>Judge: Laura K. Grandy |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–5123

---

PLEASE TAKE NOTICE that a hearing will be held

　　　at U.S. Bankruptcy Court, 301 W Main St, Benton, IL 62812
　on 8/12/20 at 09:00 AM

to consider and act upon the following:

　　Motion to File Reply Brief filed by Attorney Eric James Homa

Dated: August 10, 2020

| DIRECT ALL COURT CORRESPONDENCE TO:<br>U.S. BANKRUPTCY COURT<br>301 WEST MAIN STREET<br>BENTON, IL 62812 | Donna N Beyersdorfer<br>Clerk, U.S. Bankruptcy Court |
|---|---|

**IF A PARTY FAILS TO APPEAR IN PERSON OR BY COUNSEL THE COURT MAY PROCEED WITH THE SCHEDULED HEARING AND MAY ENTER AN APPROPRIATE ORDER OR JUDGMENT INCLUDING DISMISSAL OF THE PENDING MATTER.**

Carrying of firearms is prohibited.  Section 65 of the Illinois Firearm Concealed Carry Act prohibits a concealed carry license holder from carrying a firearm on or into any building/property under the control of a federal government or the courts.

Hazardous road conditions may necessitate canceling scheduled hearings.  When applicable contact the Bankruptcy Clerk's office at (618) 435–2200.