## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES TRUSTEE

vs

CHELSEA POTTER; ERIC HOMA

CASE NO  19-60216
CHAPTER:  7

DATE: September 16, 2020
PLACE: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Mark Skaggs — Appears

**COUNSEL FOR DEFENDANT**: Eric Homa — Appears
Charles Armgardt — Appears

**PROCEEDINGS**:
1) Objection to Motion to Close Case
2) Objection to Motion to Close Case

**MINUTES OF COURT**:

Case is called for hearing on the United States Trustee's Objections to the debtor's Motion to Close Case and Eric Homa's Motion to Close Case. Pursuant to the statements made in open court, the Objections are Sustained and the Motions to Close Case are Denied. Order to enter.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Jacob Friederich
Deputy Clerk

**NOTE:** THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED.  CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.